IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JONATHAN TYRONE HOUGH, )
)
        Petitioner, )
)
v. ) 1:13CV238
)
STATE OF NORTH CAROLINA, )
)
        Respondent. )

ORDER

On July 9, 2013, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner filed objections [Doc. #6, #7, #11, #12] to the Recommendation. The Court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #2], which is affirmed and adopted.

IT IS THEREFORE ORDERED that this action is DISMISSED *sua sponte* pursuant to Rule 4, Rules Governing Section 2254 Cases, and that, finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of

appealability is DENIED.

This the 10th day of February, 2016.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge